JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NISSIM AFRIAT, | CASE NO.: CV 21-3674-GW-AGR |
|---|---|
| Plaintiff, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| vs. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., *et. al.*, | |
| Defendant. | |

//
//
//
//
//
//
//
//
//
//

Case No.: 2:21-cv-03674-GW-AGR   - 1 -
[PROPOSED] ORDER

Pursuant to the Stipulation of Dismissal filed by the Parties on October 20, 2021, IT IS HEREBY ORDERED that Plaintiff's causes of action against Defendant HYUNDAI CAPITAL AMERICA are dismissed with prejudice.  Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED**

DATED:  October 21, 2021

_____
Honorable George H. Wu
United States District Judge